UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-25238 RG |
| VERONICA PARCHMENT | Chapter: | 7 |
| | Judge: | Rosemary Gambardella |

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on April 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   31 Gates Avenue, Montclair, NJ
> Valued at about $512,281
> Less about 10% costs of sale

> Liens on property: $953,000

> Amount of equity claimed as exempt:   $0

Objections must be served on, and requests for additional information directed to:

Name:          */s/ Steven P. Kartzman*

Address:       101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25238-RG
Veronica Parchment                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2018
                              Form ID: pdf905          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db              +Veronica Parchment,    31 Gates Avenue,    Montclair, NJ 07042-3201
516968552       +US Bank National Association, As Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:03:46
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516972223       +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 00:04:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee For The
               Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates,
               Series 2007-AMC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph A. Fortunato    on behalf of Debtor Veronica   Parchment josephfortunato@verizon.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4