31 Gates Ave
Montclair N.J
07042

CASE #17-25238 RG
3-20-2018

To the Bankruptcy Court
of N.J.
#17-25238 RG

I Marjorie Veronica Parchment who reside at the above address is objecting to the motion of stay.

I was late to my hearing on 3-20-2018, because I was advise by my layer not to appre in court. I showed up anyway but was a little late.

My wish is to stay at the above address and work out an affordable payment per month.

Please I am asking the Trustee and the above holders to ~~took const~~ consider my case. I am a widow and have no where to go.

Sincerely Marjorie Veronica Parchment

3/19/2018

T o Whom It May Concern,

I Veronica Parchment Who Resides At 31 Gates Avenue Montclair, NJ  07042  Did Not Abandon My Property.   I Was In A Chapter 7,  And Have Been Living Here.  I Have Been Really Sick And Have Problems With My Heart.

I Do Want To Keep My Property.  I Have Been Working With My Mortgage Company To Do So.

I Would Really Appreciate Your Help In This Matter.

Sincerely,


Veronica Parchment
31 Gates Avenue
Montclair, New Jersey   07042