| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Veronica Parchment

Case No.:     17-25238

Chapter:     7

Judge:     GAMBARDELLA

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: Shmuel Klein

This will confirm that on    5/14/18    the following document(s) was filed by you.

☒    Amendment to Schedule(s)   I & J ,

☐    Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☐    Declaration About an Individual Debtor's Schedules (106 Declaration)

☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 5/17/18                         Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Veronica Parchment  
       Debtor

Case No. 17-25238-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 17, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.  
db            +Veronica Parchment,    31 Gates Avenue,    Montclair, NJ 07042-3201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee For The Certificateholders of Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
       Shmuel Klein    on behalf of Debtor Veronica Parchment shmuel.klein@verizon.net, bleichmanklein@gmail.com  
       Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 4