UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Shmuel Klein, P.A.
Attorney for Debtor
113 Cedarhill Avenue
Mahwah, NJ 07430
845-425-2510

Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Parchment, Veronica

Case Number:    17-25238 (RG)

Hearing Date:    5-16-18

Judge:    Gambardella

Chapter:    7

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 24, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by _____Parchment, Veronica_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____US Bank as Trustee_____ is reinstated effective the date of this order.

*rev.7/12/16*